## SMITH v. GEOGHEGAN.

(Supreme Court, Appellate Term. January 8, 1909.)

LANDLORD AND TENANT (§ 184*)—CONDITIONAL DEPOSIT.

Where plaintiff deposited $100 with defendant, with the understanding that he could withdraw it in three days if he then determined not to take a lease of certain premises, and the lessor refused to consent to a lease, plaintiff was entitled to recover the money.

[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §§ 743–750; Dec. Dig. § 184.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Thomas J. Smith against Patrick A. Geoghegan. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

James F. Higgins, for appellant.
Edward A. McShane, for respondent.

PER CURIAM. At the time when the plaintiff paid the deposit of $100 to the defendant, there was certainly no meeting of the minds of the parties upon a lease, since the lessor's consent was concededly withheld, and the evidence justified the trial court in reaching the conclusion that this deposit was of a tentative character, and was made with the understanding that the plaintiff could withdraw it in three days, if he then determined not to take a lease. The case is within the rule applied in Aquelini v. Provident Realty Co. (Sup.) 84 N. Y. Supp. 1014.

Judgment affirmed, with costs.